UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:06CR104-V |
| | ) | |
| vs. | ) | <u>ORDER OF DISMISSAL</u> |
| | ) | |
| NICK BIANCO MILLER | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case *without prejudice*.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

Signed: March 24, 2007

Frank D. Whitney
United States District Judge